*E-FILED - 10/27/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY COOKS,                              ) | No. C 08-4106 RMW (PR) |
| )                                         | |
| Petitioner,          ) | ORDER OF TRANSFER |
| )                                         | |
| vs.                                       ) | |
| )                                         | |
| D.K.SISTO, Warden, et al.,         ) | |
| )                                         | |
| Respondents.        ) | |
| _____) | |

Petitioner, a state prisoner proceeding pro se incarcerated at California State Prison, Solano, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole by the California Board of Parole Hearings ("Board"). Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, petitions challenging the manner in which a sentence is being executed, e.g., if it involves claims challenging the denial of parole, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(a)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

California State Prison - Solano, where petitioner is confined, lies within the venue of the Eastern District of California. See 28 U.S.C. § 84. Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(-

1  a); Habeas L.R. 2254-3(b)(2).  The clerk shall terminate any pending motions and transfer the

2  entire file to the Eastern District of California.

3      IT IS SO ORDERED.

4  DATED: _____10/22/08_____                    *Ronald M. Whyte*

                                         RONALD M. WHYTE
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28